IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BRUCE PAGE**                                                                                                           **PLAINTIFF**

**v.**                          **Case No. 3:13-cv-00077-KGB**

**ARKANSAS STATE UNIVERSITY;**
**RANDY MARTIN, individually and**
**in his official capacity, and Lori WINN,**
**individually and in her official capacity.**                                            **DEFENDANTS**

## ORDER

Before the Court is defendants' motion to substitute counsel (Dkt. No. 24). The Court grants defendants' motion. Regina Harrelson is no longer assigned as counsel of record for defendants. Ka Tina R. Hodge is substituted as defendants' counsel of record.

SO ORDERED this 4th day of August, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE