**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BRUCE PAGE**                                                                                          **PLAINTIFF**

v.                              Case No. 3:13-cv-00077-KGB

**ARKANSAS STATE UNIVERSITY;
RANDY MARTIN, individually and
in his official capacity, and LORI WINN,
individually and in her official capacity.**                          **DEFENDANTS**

### ORDER

  Before the Court is plaintiff Bruce Page's motion to quash (Dkt. No. 31). In defendants' response, defendants' counsel states that she will file Mr. Page's medical records as an addendum under seal (Dkt. No. 33). The Court construes this as a request to file Mr. Page's medical records as an addendum under seal and grants the request. Defendants' counsel shall file plaintiff's medical records as an addendum under seal by Wednesday, October 29, 2014.

  SO ORDERED this 27th day of October, 2014.

_Kristine G. Baker_
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE