**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**BRUCE PAGE**                                                                                               **PLAINTIFF**

v.                                          Case No. 3:13-cv-00077-KGB

**ARKANSAS STATE UNIVERSITY;
RANDY MARTIN, individually and
in his official capacity, and LORI WINN,
individually and in her official capacity**                                            **DEFENDANTS**

## ORDER

Before the Court is plaintiff Bruce Page's renewed motion to quash (Dkt. No. 37). Based on the renewed motion to quash and attached medical evidence, the Court orders that the deposition of Mr. Page scheduled for Thursday, October 30, 2014, not proceed at the date and time currently set. The Court takes under advisement Mr. Page's motion to quash to the extent it seeks to quash any future deposition of Mr. Page, as well as his requests to extend the discovery deadline, set a new trial date, and issue a new scheduling order, until defendants have an opportunity to respond to Mr. Page's pending renewed motion.

SO ORDERED this 29th day of October, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE